IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.:  6:24-cr-869 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| vs. | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| BENJAMIN MARCEL WRIGHT | ) | **INFORMATION** |

<u>COUNT ONE</u>

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 14, 2023, in the District of South Carolina, the Defendant, **BENJAMIN MARCEL WRIGHT**, knowingly, intentionally, and unlawfully did possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and a quantity of cocaine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

1

**FORFEITURE**

DRUG OFFENSE:

Upon conviction for felony violation of Title 21, United States Codes, as charged in this Information, the Defendant, **BENJAMIN MARCEL WRIGHT**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal:

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Information includes, but is not limited to, the following:

(a) Firearms:

(1) Palmetto State Armory, Model: PA-15, multi cal., rifle
Serial Number: SET15002152

(2) Ruger, Model E69-s, 9mm pistol
Serial Number: 457-5132

(3) Taurus, Model G-3, 9mm pistol
Serial Number: ACC728774

(b) Ammunition:

(1) Miscellaneous rounds of 9mm caliber ammunition

(2) Miscellaneous rounds of 22 Long ammunition

(3) Miscellaneous rounds of .223 caliber ammunition

(c)  Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Information, and all interest and proceeds traceable thereto as a result for his violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a)  cannot be located upon the exercise of due diligence;
(b)  has been transferred or sold to, or deposited with, a third person;
(c)  has been placed beyond the jurisdiction of the Court;
(d)  has been substantially diminished in value; or
(e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *[signature: Christopher Schoen]*
Christopher B. Schoen (Fed. ID #11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Email: christopher.schoen@usdoj.gov